ANNIE BUTLER, Respondent, *v.* THE BROOKLYN CITIZEN, Appellant.

*Butler* v. *Brooklyn Citizen*, 124 App. Div. 903, appeal dismissed.
  (Argued September 28, 1908; decided October 6, 1908.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 3, 1908, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict and affirming an order denying a motion for a new trial in an action for libel.

The motion was made upon the ground that the judgment

was not appealable to the Court of Appeals, the decision of the Appellate Division having been unanimous and permission to appeal not having been granted.

*George E. Hargrave* for motion.

*Henry E. Heistad* opposed.

Motion granted and appeal dismissed, with costs, and ten dollars costs of motion.